UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Robert Konwinski,                          Case No. 3:15-cv-641

         Plaintiff

   v.

                                         ORDER

Commissioner of Social Security,

         Defendant

      Before me is the Report and Recommendation of Magistrate Judge Nancy Vecchiarelli, filed on August 28, 2015, recommending dismissal of this case based upon the *pro* se Plaintiff's failure to comply with the Court's Show Cause Order (Doc. No. 12).  Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."  28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001).  In this case, the fourteen day period has elapsed and no objections have been filed.

      The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981) ; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

The docket reflects the Show Cause Order and the Report and Recommendation were both mailed to Plaintiff.  There has been no response or objection to either filing.  Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation in its entirety as the Order of the Court.  Plaintiff's case is dismissed without prejudice.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge
